**STATE v. HAGERMAN**

[364 N.C. 423 (2010)]

STATE OF NORTH CAROLINA v. RAYMOND CHARLES HAGERMAN

No. 491A09

(Filed 8 October 2010)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 200 N.C. App. ——, 685 S.E.2d 153 (2009), affirming orders entered on 15 October 2008 by Judge Thomas H. Lock in Superior Court, Onslow County. Calendared for argument in the Supreme Court on 22 March 2010, but determined on the record and briefs without oral argument pursuant to Rule 30(f) of the North Carolina Rules of Appellate Procedure.

*Roy Cooper, Attorney General, by Joseph Finarelli, Assistant Attorney General, for the State.*

*Jon W. Myers for defendant-appellant.*

PER CURIAM.

For the reasons stated in *State v. Bowditch,* —— N.C. ——, —— S.E.2d —— (2010) (448PA09), the decision of the Court of Appeals is affirmed.

AFFIRMED.

Chief Justice PARKER and Justices TIMMONS-GOODSON and HUDSON dissent for the reasons stated in the dissenting opinion in *State v. Bowditch,* —— N.C. ——, —— S.E.2d —— (2010) (448PA09).